UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA - OCALA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 5:06-cr-22 |
| Purported Plaintiff | ) | |
| | ) | DEMAND FOR COPY OF |
| v. | ) | GRAND JURY TRANSCRIPT |
| | ) | |
| EDDIE RAY KAHN | ) | |
| Party of Interest | ) | |
| | ) | |

To the Clerk of the above named Court:

The undersigned hereby demands a copy of the purported Grand Jury Transcript in Case # 5:06-cr-22. Pursuant to Rule 16 of the F.R. Crim. P., and Title 18 § 3500 of the United States Code (the Jencks Act, & Brady v. Maryland), the undersigned is absolutely entitled to a Certified Copy of the Grand Jury Transcript. This is important information *needed for my Appeal. Please* produce it within 10 days of receipt of this demand.

Failure to do so shall be deemed your tacit admission that no such Indictment in fact ever existed. Please return to me a file stamped copy of this Demand in the self addressed stamped envelope provided.

Date: 2-21-13

Eddie Ray Kahn
#18325-008
P.O. Box 630
Winton, North Carolina 27986

Certified Mail # 7012 1010 0001 3211 6301

Attorney General of the United States

## CERTIFICATE OF MAILING - SERVICE

I certify that on this 25 day of February, 2013 this was mailed to the Clerk of the U.S. District Court, 207 N.W. 2nd Street #337, Ocala, FL 34475.

*Kathleen Kahn*
Kathleen Kahn

Kathleen Kahn
P.O. Box 27
Timnath, Colorado
80547

**CERTIFIED MAIL**™

7012 1010 0001 3211 6301

U.S. POSTAGE PAID
TIMNATH, CO
80547
FEB 25, '13
AMOUNT
$3.56
00092793-01

United States District Court
Ocala Division
207 NW 2nd St. #337
Ocala, Florida 34475

3447536666