UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA

-vs-  Case No. 5:06-cr-22-Oc-10PRL

EDDIE RAY KAHN

_____/

**O R D E R**

Following a trial by jury, the Defendant was convicted by jury verdict rendered on February 1, 2008 of one count of conspiracy to defraud the United States, and one count of filing a false, fictitious, or fraudulent claim with the United States (Doc. 418). The Court sentenced the Defendant on April 24, 2008 to 120 months imprisonment, and Judgment was entered on May 1, 2008 (Doc. 459). The Defendant did not file a notice of appeal, and has not filed any other documents until now.

The Defendant has filed a "Demand for Copy of Grand Jury Transcript" (Doc. 583), which the Defendant claims he is entitled to, and is needed for his appeal. There is no appeal, or any collateral proceedings under 28 U.S.C. §§ 2241 or 2255 currently pending; and, in addition, the Defendant has failed to demonstrate a particularized need for the transcripts. See Fed. R. Crim. P. 6(e); Douglas Oil Co. of Cal. v. Petrol Stops N.W., 441 U.S. 211, 222, 99 S. Ct. 1667, 1674 (1979); United States v. Phillips, 843 F.2d 438, 441 (11th Cir 1988). Accordingly, upon due consideration, the Defendant's "Demand for Grand Jury Transcript" (Doc. 583) is DENIED.

    IT IS SO ORDERED.

    DONE and ORDERED at Ocala, Florida this 1st day of March, 2013.

*[signature]*

UNITED STATES DISTRICT JUDGE

Copies to:   Counsel of Record
               Maurya McSheehy, Courtroom Deputy
               Eddie Ray Kahn