FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

2013 MAR 25  AM II: 30

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
OCALA FLORIDA

UNITED STATES OF AMERICA

V.                              5:06-CR-00022

EDDIE RAY KAHN                  REQUEST FOR IDENTITY OF
                                CUSTODIAN OF THE BONDS

---

This is a request pursuant to 62 Stat. 947 for the name of the custodian of the bonds for:

1. Judge William Terrell Hodges
3. Clerk of the Court
3. U.S. Marshal assigned to the Ocala Court
4. U.S. Attorney assigned to the Ocala Court

62 Stat. 947 states: "Copy of officer's bond - Any person to whose custody the bond of any officer of the United States has been committed shall, on proper request and payment of the fee allowed by any Act of Congress, furnish certified copies thereof, which shall be prima facie evidence in any court of the execution, filing and contents of the bond."

Please forward me the name and contact details of the custodian of the above officer's bonds.

Date: 3-22-13

Eddie Ray: Kahn
P.O. Box 630
Winton, North Carolina 27986

## CERTIFICATE OF SERVICE

I hereby certify that I have placed in the Inmate Mail Box in Rivers Correctional Institute in Winton, North Carolina the JUDICIAL NOTICE OF Eddie Ray: Kahn's NON ACCEPTANCE OF INVALID ORDERS and REQUEST FOR IDENTITY OF CUSTODIAN OF THE BONDS in an envelope, first class postage prepaid, and addressed to M. Scotland Morris, U.S. Attorney's Office, 300 North Hogan Street, Suite 700, Jacksonville, Florida 32202 on ᴈ-ᴈᴈ , 2013.

Eddie Ray: Kahn
P.O. Box 630
Winton, North Carolina 27986