UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA

-vs-                                                        Case No. 5:06-cr-22-Oc-10PRL

EDDIE RAY KAHN
_____/

**O R D E R**

Upon due consideration, the Defendant's "Notice and Demand" for reissuance of all "unauthenticated orders" (Doc. 585) is DENIED, and the Defendant's request for the name of the custodian of the bonds (Doc. 586) is also DENIED.

IT IS SO ORDERED.

DONE and ORDERED at Ocala, Florida this 26th day of March, 2013.

_____
UNITED STATES DISTRICT JUDGE


Copies to:    Counsel of Record
              Maurya McSheehy, Courtroom Deputy
              Eddie Ray Kahn