UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

FILED
2013 MAR 28 PM 3: 24
CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

UNITED STATES OF AMERICA

V.                                       5:06-CR-00022

EDDIE RAY KAHN                           JUDICIAL NOTICE OF Eddie Ray:
                                         Kahn's NON ACCEPTANCE OF INVALID
                                         ORDER

Comes now injured and affected party, Eddie Ray: Kahn, Defendant in Error, who Notices this Court that <u>every</u> Order that has been issued in Case No. 5:06-CR-00022 has violated the Court Rules, specifically <u>62 Stat. 945</u>, which states: "Seal and teste of Process - <u>All</u> writs and process issuing from a court of the United States shall be under the <u>seal of the court and and signed by the clerk thereof.</u>" (Underlining added).

<u>Notice:</u> There has not been <u>one</u> order that has been issued by this Court that I have seen that has complied with the Rule.

Without the Clerk's signature and seal of the Court affixed to the Orders, they have not been properly <u>authenticated</u> and are thereby <u>null and void ab initio</u>. <u>Note:</u> Even the judge's "signature" was not a "wet ink" signature. Consequently, this document could have been created by <u>anyone</u> who has access to the <u>signature stamp</u> of Judge Hodges, which would include the U.S. Attorney's that office in the Courthouse.

<u>NOTICE AND DEMAND:</u> Reissue <u>all</u> of the unauthenticated Orders so the Court will be in compliance with the authentication Rule or, in the alternative, admit that Congress has not given this Court and it's personnel, through an Act of Congress, the authority to use the Court Seal to authenticate the process in the instant case.

<u>Notice</u>: There is certainly reason to believe that this Court is not authorized to use the Seal as Judge William Terrell Hodges, the judge in the aforementioned case, is a "territorial officer" as is clearly stated on his Oath of Office. Since Judge Hodges stated on the Court Record in a Status Conference prior to trial that the Oath of Office that I put in the Record was his and that it was authentic, there is no more evidence than that that should be needed to prove that he is <u>not</u> a "Judicial" judge, but rather an "Administrative" judge.

Being a "territorial officer" simply means that he works for the <u>Executive</u> branch of government pursuant to Article IV, section 3 of the Constitution of the United States of America, and <u>not</u> the <u>Judicial</u> branch. As an Executive branch officer, he is <u>not</u> <u>authorized</u> by the <u>Constitution</u> or any <u>Act of Congress</u> to use the "judicial power" found in Article III of the Constitution of the United Statess of America and <u>Section 9</u> of the Judiciary Act of 1789, as that would be an obvious violation of the Separation of Powers doctrine. The U.S. Supreme Court describes judges like Judge Hodges as "Article IV" judges (See <u>Nguyen v. U.S.</u>, 539 U.S. 69).

<u>NOTICE AND DEMAND</u>: If the Orders that have been issued by the personnel of this Court are not reissued and properly authenticated, I will not accept any of them as valid. If it is not done by <u>April 30, 2013</u>, I will be filing a <u>Notice of Void Judgment</u> and a demand to be released from this false imprisonment, as the Judgment and Sentencing was done by a "de facto officer", namely Judge William Terrell Hodges and all of the Court Orders and Judgments are void on their face as none of them are authenticated as required by law.

Date: 3-22-13

Eddie Ray: Kahn
P.O. Box 630
Winton, North Carolina 27986

-2-